# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 17-95-JFW (JCx)**                    Date: April 21, 2017

Title:    FIIK Holdings, LLC, et al. *-v-* Andrew Jones

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                        None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**

In the Mediation Report filed on April 10, 2017, Dkt. No. 20, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before May 1, 2017.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until May 1, 2017.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_